ARONSOHN & SPRINGSTEAD, ET AL. v. JONAS WEISSMAN.

April 19, 1989.

Petition for certification denied. (See 230 *N.J.Super.* 63).

STATE OF NEW JERSEY v. ERNEST HEINTZ.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME MARTIN.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN BARKLEY.

April 19, 1989.

Petition for certification denied.